# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY HINDMAN,<br><br>    Plaintiff,<br><br> v.<br><br>ANDREW SAUL, Commissioner of<br>Social Security,<br><br>    Defendant. | Case No. 2:18-cv-03611-AFM<br><br>**JUDGMENT** |

   In accordance with the Memorandum Opinion and Order Reversing and Remanding Decision of the Commissioner filed concurrently herewith,

   IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for further proceedings consistent with the Order.


DATED:  6/20/2019

                 _____
           ALEXANDER F. MacKINNON
          UNITED STATES MAGISTRATE JUDGE