Troy D. Monge, Esq.
Law Offices of Martin Taller, APC
2300 E. Katella Ave, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Bradley Hindman

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY HINDMAN,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>  Defendant. | No. 2:18-cv-03611-AFM<br><br>**[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS** |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of FOUR THOUSAND ONE HUNDRED EIGHTY-EIGHT DOLLARS and EIGHTY-FOUR CENTS ($4,188.84), and costs under 28 U.S.C. § 1920 in the amount of FOUR HUNDRED DOLLARS ($400.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

Dated: 5/7/2020   _____
THE HONORABLE ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE

1